FILED
July 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003615081

ROBERT HAWKINS #131159
ATTORNEY AT LAW
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Attorney for Chapter 7 Trustee,
Sheryl Strain

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 08-17814-A-7F |
| LABEL ATKINSON and FREDDIE ATKINSON, | DC No. RH-2 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** 11 U.S.C. §363 |
| Debtors. _____/ | Date: August 10, 2011 Time: 9:00 a.m. Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Sheryl Strain respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about December 1, 2008, and Sheryl Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 50% interest in oil and mineral rights in Hughes County, Oklahoma with a fair market value of approximately $5,000.00.

5. The Trustee has received an offer from TK Drilling, Inc. to purchase the estate's interest for the total sum of $5,000.00. The buyer has made a good faith deposit in the amount of $1,000.00. The balance of $4,000.00 will be paid within five days of the entry of the order approving the sale.

6. In deciding to accept the proposed offer, the Trustee took into consideration the limited market for sale of mineral, oil, and gas rights and the lack of any other offers from persons and entities that purchase these interests from bankruptcy estates.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the estate's interest in oil and mineral rights in Hughes County, Oklahoma to TK Drilling, Inc. for the total sum of $5,000.00.

**DATED**: July 6, 2011

/S/Robert Hawkins
ROBERT HAWKINS,
Attorney for Chapter 7 Trustee